IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

v.                  Case No. 4:17-cv-00803-KGB

**JOHN D. WARREN**                                                                 **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the government's motion for default judgment is granted. The Court enters judgment against defendant John D. Warren in the amount of $6,884.70—representing $2,804.51 for the principal sum, $3,730.19 in interest accrued through October 27, 2017, and the $350.00 filing fee—with interest to accrue at the note rate from October 27, 2017, until the date of judgment and at the legal rate thereafter until paid in full.

So adjudged this the 13th day of June, 2018.

_____
Kristine G. Baker
United States District Judge